UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRIAN MADONNA,

          Plaintiff,

v.

APPARATUS, LLC, REBECCA DALY, and ROBIN ALLSTADT

          Defendants.

Index No. 1:23-cv-00430

**STIPULATION OF DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS**

---

Plaintiff Brian Madonna and Defendants Apparatus, LLC, Rebecca Daly, and Robin Allstadt, by their undersigned attorneys, hereby stipulate and agree that any and all claims filed herein by any party against any other party should and hereby are dismissed with prejudice. Each party shall bear his, her, and/or its own costs and attorney's fees.

STIPULATED AND AGREED TO:

**KRISTINA S. HEUSER, PC**
P.O. BOX 672
Locust Valley, New York 11560

By: *Kristina S. Heuser*
    Kristina S. Heuser, Esq.
    On Behalf of Plaintiff Brian Madonna

Dated: July 7, 2023

**FISHER & PHILLIPS LLP**
430 Mountain Avenue, Suite 303
Murray Hill, New Jersey 07974

By: *[signature]*
    Phillip C. Bauknight, Esq.
    On Behalf of Defendants Apparatus, LLC, Rebecca Daly, and Robin Allstadt

Dated: July 10, 2023